UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:10-CR-25 RM |
| ) | |
| DAWN WUCSINA ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 12, 2010 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Dawn Wucsina's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2250.

SO ORDERED.

ENTERED:  May 4, 2010 

                                         /s/ Robert L. Miller, Jr.
                                         Robert L. Miller, Jr., Judge
                                         United States District Court